THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *In Re Amazon Tariff Litigation,* | Case No. 2:26-cv-01670-TL (Consolidated)<br><br>**STIPULATED NOTICE**<br><br>*CLERK'S ACTION REQUIRED* |

On August 1, 2026, Plaintiffs in this action filed with the Judicial Panel On Multidistrict Litigation a "Motion For Transfer Of Actions To The Western District Of Washington Pursuant To 28 U.S.C. § 1407 For Consolidated Or Coordinated Pretrial Proceedings" ("MDL Motion"). The MDL Panel assigned MDL No. 3197 to the MDL proceeding. The MDL Motion seeks to have five related actions pending in other jurisdictions—two in the Eastern District of New York; one in the Middle District of Florida (since dismissed sua sponte by the court); one in the Eastern District of Michigan; and one in the Eastern District of Ohio—transferred to this District, assigned to this Court, and consolidated and coordinated for all pretrial purposes. The five related actions are specifically identified in a Schedule of Actions submitted in support of the MDL Motion, a copy of which is attached to this Notice for the Court's reference. Since the MDL Motion was filed, a sixth related action was filed in the District of New Jersey: *Spadafino v. Amazon.com, Inc.*, Case No. 2:26-cv-10023. Responses to the MDL Motion are due August 24, 2026 and Plaintiffs' reply is due August 31, 2026.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

The deadline for Amazon to respond to Plaintiff's Consolidated Amended Class Action Complaint ("CAC") (Dkt. 20) is currently August 28, 2026. In light of the pending MDL Motion, the parties have agreed to extend Amazon's deadline to respond to the CAC. Accordingly, and pursuant to the Court's Standing Order for All Civil Cases, the parties have agreed to move the following deadline:

The deadline for Defendant Amazon to respond to the CAC is extended from August 28, 2026, to the date that is 30 days from the date on which the MDL Panel rules on the pending MDL Motion.

The Parties respectfully request that the Clerk extend the deadline as noticed.

DATED: August 11, 2026.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Steve Berman*
Steve W. Berman, WSBA No. 12536)
Sydney K. Thomas, WSBA No. 64571)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
sydney.thomas@hbsslaw.com

Christopher R. Pitoun (pro hac vice)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Email: christopherp@hbsslaw.com

Dana Abelson, WSBA No. 63278)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N Cityfront Plaza Dr. Suite 2410
Chicago, IL 60611
Email: dana.abelson@hbsslaw.com

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Brian Buckley*
Brian D. Buckley, WSBA No. 26423
Molly A. Terwilliger, WSBA No. 28449
Tjitske Dekker, WSBA No. 61558
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:
molly.terwilliger@morganlewis.com
tjitske.dekker@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*

# EXHIBIT A

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: AMAZON TARIFF LITIGATION | MDL No. ___________ |

## SCHEDULE OF ACTIONS

| Ex. # | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| **1** | **Plaintiffs:**<br>Mari Cartagenova<br>Kathleen Holm<br>Jerry Kmiec<br>Jeffrey Price<br>Howard Rosen<br>Lisa Markland (T) (Pro Se)[1]<br><br>**Defendant:**<br>Amazon.com, Inc. | W.D. Washington (Seattle) | 2:26-cv-01670 | Hon. Tana Lin |
| **2** | **Plaintiff:**<br>Sharon Lasseter<br><br>**Defendant:**<br>Amazon.com, Inc. | M.D. Florida (Tampa) | 8:26-cv-02019 | Hon. William F. Jung |
| **3** | **Plaintiff:**<br>Tonysha Emerson<br><br>**Defendants:**<br>Amazon.com, Inc.<br>Amazon.com Services LLC | E.D. Michigan (Detroit) | 2:26-cv-12614 | Hon. Terrence G. Berg |

[1] Lisa Markland was a named plaintiff in this case. Plaintiff Markland has since filed a Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Case No. 2:26-cv-01670 (W.D. Wash.), Dkt. #21. However, the docket lists her as both terminated and pro se.

| | | | | |
|---|---|---|---|---|
| **4** | **Plaintiff:**<br>Gregory Rittenhouse<br><br>**Defendant:**<br>Amazon.com, Inc. | E.D. New York (Central Islip) | 2:26-cv-03392 | Hon. Gary R. Brown |
| **5** | **Plaintiff:**<br>Don Polistico<br><br>**Defendants:**<br>Amazon.com, Inc.<br>Amazon.com Services LLC | E.D. New York (Brooklyn) | 1:26-cv-04194 | Hon. Gary R. Brown |
| **6** | **Plaintiff:**<br>Parveen Sangha<br><br>**Defendants:**<br>Amazon.com, Inc.<br>Amazon.com Services LLC | N.D. Ohio (Cleveland) | 1:26-cv-01777 | Hon. Patricia A. Gaughan |