The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In Re Amazon Tariff Litigation,*

Case No. 2:26-cv-01670-TL
(Consolidated)

**NOTICE OF WITHDRAWAL OF COUNSEL**

***Clerk's Action Required***

PLEASE TAKE NOTICE that, under LCR 83.2(b)(3), K'reisa Cox of Davis Wright Tremaine LLP withdraws as attorney for Defendant Amazon.com, Inc. ("Amazon") in the above-entitled action. Amazon remains represented by Kevin Kramer and John Goldmark of Davis Wright Tremaine LLP and Brian D. Buckley, Molly A. Terwilliger, and Tjitske Dekker of Morgan, Lewis & Bockius LLP. This withdrawal of counsel does not affect the appearances of any other attorneys who have filed a notice of appearance on behalf of Amazon.

DATED this 12th day of August, 2026.

**Withdrawing Attorney for Amazon.com, Inc.**

By: *s/ K'reisa Cox*
K'reisa Cox, WSBA #63538
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8087
Email: kreisacox@dwt.com

**Continuing as Attorneys for Amazon.com, Inc.**

By: *s/ Kevin Kramer*
Kevin Kramer, WSBA #52435
John Goldmark, WSBA #40980
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 757-8756
Email: kevinkramer@dwt.com

johngoldmark@dwt.com

Brian D. Buckley, WSBA #26423
Molly A. Terwilliger, WSBA #28449
Tjitske Dekker, WSBA #61558
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 274-6400
Email: brian.buckley@morganlewis.com
molly.terwilliger@morganlewis.com
tjitske.dekker@morganlewis.com



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax